IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | |
| | : | |
| TROY JONES | : | CRIMINAL ACTION N0. 11-427 |

**ORDER**

**AND NOW**, this 20th day of December, 2011, upon consideration of Defendants' Motion to Suppress Physical Evidence (Docket No. 12) and the Government's opposition thereto (Docket No. 14) and following a hearing, it is hereby **ORDERED** that Defendants' Motion (Docket No. 12) is **DENIED**.

BY THE COURT:


S/Gene E.K. Pratter
GENE E.K. PRATTER
United States District Judge